"Exhibit 1"

294538898 04

Immigration and
Naturalization Service

I-94
Departure Record

77849703
TOR 06/23/03 2716

Family Name: SULEIMAN
First (Given) Name: AHMED
Birth Date (Day/Mo/Yr): 07 09 78
Country of Citizenship: SOMALIA

See Other Side    ENGLISH    STAPLE HERE

U.S. Department of Justice
Immigration and Naturalization Service
Asylum Office
P.O. Box 77530
San Francisco, CA 94107

File #: A77 849703
ZSF-044
Date: 1 8 APR 2000

Mr. Ahmed Ali Suleiman
5360 Monterey Rd., Apt. 1
San Jose, CA 95111

### Asylum Approval

Dear Mr. Suleiman:

This refers to your request for Asylum in the United States, Form I-589. It has been determined that you have established eligibility for asylum. Attached please find a completed Form I-94, Arrival Departure Record, indicating that you have been granted asylum status in the United States pursuant to §208(a) of the Immigration and Nationality Act (INA) as of **April 10, 2000**. You have been granted asylum in the United States for an indefinite period. This grant of asylum includes your dependents listed above who are present in the United States, were included in your asylum application, and for whom you have established a qualifying relationship by a preponderance of evidence.

In order to request derivative asylum status for any spouse or child who was not included in your asylum request, you must submit a Form I-730, Refugee and Asylee Relative Petition, to the Immigration and Naturalization Service (INS).

You are eligible for employment authorization for as long as you remain in asylum status. Your dependents listed above are also eligible for employment authorization, so long as they retain derivative asylum status. However, you must apply for and obtain an Employment Authorization Document (EAD) as evidence of your eligibility to work in the United States. To obtain an EAD, you must submit to the INS a Form I-765, Application for Employment Authorization. We suggest that you include a copy of this letter when applying for work authorization as an asylee.

If you plan to depart the United States, you must obtain permission to return to the United States before you leave this country. If you do not obtain permission, you may be unable to reenter the United States, or you may be placed in proceedings where you will be required to establish your asylum status. You may apply for a Refugee Travel Document on a Form I-131, Application for Travel Document.

Asylum status does not give you the right to remain permanently in the United States. Asylum status may be terminated if you no longer have a well-founded fear of persecution because of a fundamental change in circumstances, you have obtained protection from another country, or you have committed certain crimes or engaged in other activity that makes you ineligible to retain asylum status in the United States. See INA § 208(c)(2) and 8 C.F.R. §208.22(a).

You may apply for lawful permanent resident status under section 209(b) of the Immigration and Nationality Act after you have been physically present in the United States for a period of one year after the date you were granted asylum status. To apply for lawful permanent residence status, you must submit to the INS a Form I-485, Application to Register Permanent Residence or Adjust Status.

You must notify the INS of any change of address within ten days of any such change. You may obtain a Form AR-11 at your nearest post office or INS office to comply with this requirement.

You may obtain any of the forms noted above at an INS District Office or INS Forms Center. Instructions with or on the forms explain how to complete the forms, what documents to attach and where to send the completed forms.

Sincerely,

*[signature]*

Emilia Bardini,
Director
San Francisco Asylum Office

cc:

Enclosure: I-94 Card                                                       (Rev. 12/3/97)

**"Exhibit 2"**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE | I485 — APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|---|---|
| LIN-03-065-50935 | | | |
| RECEIVED DATE | PRIORITY DATE | APPLICANT | A77 849 703 |
| December 23, 2002 | | SULEIMAN, AHMED A. | |
| NOTICE DATE | PAGE | | |
| December 23, 2002 | 1 of 1 | | |

AHMED A. SULEIMAN
1310 HOLLENBECK AVENUE H
SUNNYVALE CA 94086

Notice Type: Receipt Notice

Amount received: $ 305.00

Section: Asylee adjustment

The above application or petition has been received. It usually takes 450 to 480 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number 402-323-7830 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call our TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit the INS at **www.ins.usdoj.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 402-323-7830



**"Exhibit 3"**

U.S. Department of Homeland Security
P.O. Box 82521
Lincoln, NE 68501-2521

 U.S. Citizenship
and Immigration
Services

September 12, 2004

Refer to File Number:
LIN0306550935

AHMED A SULEEIMAN
330 NORTH MATILDA AVE 114
SUNNYVALE CA 94085

Dear Sir or Madam:

REF: I-485 Application to Adjust to Permanent Resident Status

This acknowledges your correspondence received in our office.

Your I-485 Adjustment of Status for Asylee applications was received December 23, 2002. Your application was properly received and is pending adjudication in our Service Center. You will receive written notification when an immigration officer renders a decision on your case.

The attached information is a brief explanation of the process for adjudicating these applications.

*NOTE:* *Please be sure you are registered to receive mail at the address listed on your application. Your name must be physically placed on the mailbox. Keep the U.S. Postal service informed as to who resides at your address, especially when people with different last names receive mail at a specified address. This, and failure to submit address changes are the two main reasons mail is returned to us as undeliverable.*

The National Customer Service Center's toll free number is 1-800-375-5283 or you may access the Bureau of Citizenship and Immigration Services website at *www.bcis.gov* should you have any further questions or need additional information.

**Adjustment of Status for Asylees**

By law, only 10,000 asylees can adjust status to Lawful Permanent Resident per year; however, the Service is receiving 15,700-28,200 applications per year. As a result, as of December 8, 2003, approximately 157,000 asylee adjustment applications were pending. We anticipate that we will process pending applications according to the following schedule:

| Date Received (Mail Date) | Timeframe to be Processed |
|---|---|
| Jan.28,1993 - Nov.16,1999 | Oct 1, 2003 - Sep. 30, 2004 |
| Nov 17, 1999- May 12, 2000 | Oct. 1, 2004 - Sep. 30, 2005 |
| May 13, 2000 - Nov. 6, 2000 | Oct. 1, 2005, - Sep. 30, 2006 |
| Nov. 7, 2000 - Apr. 23, 2001 | Oct. 1, 2006 - Sep. 30, 2007 |
| Apr. 24, 2001- Aug. 31 2001 | Oct. 1, 2007 -Sep. 30, 2008 |
| Sep. 1, 2001 - Jan. 17, 2002 | Oct. 1, 2008 - Sep. 30, 2009 |
| Jan. 18, 2002 - May 9, 2002 | Oct. 1, 2009 - Sep. 30, 2010 |
| May 10, 2002-Aug. 19, 2002 | Oct. 1, 2010 - Sep. 30, 2011 |
| Aug.20, 2002-Dec. 12, 2002 | Oct. 1, 2011 - Sep. 30, 2012 |
| Dec. 13, 2002- Apr. 14, 2003 | Oct. 1, 2012 - Sep. 30, 2013 |
| Apr. 15, 2003 - Aug 4, 2003 | Oct. 1, 2013 - Sep.30 2014 |
| Aug. 5, 2003 - Dec. 8, 2003 | Oct. 1, 2014 - Sep 30, 2015 |

We emphasize that these dates are **APPROXIMATIONS**; unforeseen occurrences may delay processing.

If you move, please notify us by sending a letter or Form AR11 to PO Box 87865, Lincoln, NE 68508-7865. Please note that **only address changes will be processed at this address.** For all other inquiries, call the National Customer Service Center at 800-375-5283. Non-address-change inquiries received at the PO Box cannot be answered. **Also, be aware that notifying the Center of an address change for a pending application DOES NOT satisfy the requirement to notify the Service of your whereabouts. Instructions for that notification can be found at http://www.ins.usdoj.gov/graphics/formsfee/forms/ar-11.htm.**

While your I-485 is pending, you are permitted to travel outside the US; however, you must have a valid Refugee Travel Document to reenter the country. You can apply for a refugee travel document by filing Form I-131. Due to new security procedures, allow for 180 - 200 days prior to beginning travel to obtain a travel document.

As an asylee, you are authorized to work in the United States incident to your status. If you with to receive a document from the INS that can serve as evidence of both your work authorization and identity, file Form I-765 with the service center that serves your location. Allow for a 120-day processing time.

Sincerely,

Gregory W. Christian
Acting Director
NSC/SAM078

"Exhibit 4"



U.S. Department of Homeland Security
Nebraska Service Center
P.O. Box 82521
Lincoln, NE 68501-2521

**U.S. Citizenship and Immigration Services**

Tuesday, January 9, 2007

AHMED ALI SULEIMAN
1290 SAN TOMAS AQUINO RD APT 107
SAN JOSE CA 95117

Dear AHMED ALI SULEIMAN:

On 01/08/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | GOLDBERG, BRIAR |
| **Caller indicated they are:** | A Community Based Organization (CBO) |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 12/23/2002 |
| **Receipt #:** | LIN-03-065-50935 |
| **Beneficiary (if you filed for someone else):** | SULEIMAN, AHMED, ALI |
| **Your USCIS Account Number (A-number):** | A077849703 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

Based on your request we researched the status of this case. We are actively processing this case. However, we have to perform additional review on this case and this has caused a longer processing time. If you do not receive a decision or other notice of action from us within 6 months of this letter, please call customer service at the number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services