1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 12 | AHMED A. SULEIMAN, | ) |
| 13 | Plaintiff, | ) No. C 07-6180 CRB ) ) |
| 14 | v. | ) **STIPULATION TO EXTEND TIME** ) **WITHIN WHICH THE DEFENDANTS** |
| 15 | MICHAEL MUKASEY, Attorney General of the United States; MICHAEL CHERTOFF, | ) **MUST FILE AN ANSWER** ) ) |
| 16 | Secretary of the Department of Homeland Security; EMILIO GONZALEZ, Director of | ) ) |
| 17 | United States Citizenship and Immigration Services; ROBERT S. MUELLER, III, Director | ) ) |
| 18 | of the Federal Bureau of Investigations; CHRISTINA POULOS, Director of the | ) ) |
| 19 | California Service Center; ROBIN BARRETT, USCIS District Director, et al., | ) ) |
| 20 | Defendants. | ) ) |
| 21 | | ) |

22     Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to a 14-day extension of time

24 within which the Defendants must serve its answer in the above-entitled action. The Defendants

25 will file their answer on or before March 10, 2008.

26 ///

27 ///

28
Stip to Ext Time
C 07-6180 CRB                               1

1 | Dated: February 25, 2008                                  Respectfully submitted,

2 |                                                                          JOSEPH P. RUSSONIELLO
  |                                                                          United States Attorney

3 |

4 |

5 |                                                                          _____/s/_____
  |                                                                          ILA C. DEISS
  |                                                                          Assistant United States Attorney
6 |                                                                          Attorney for Defendants

7 |

8 |

9 | Dated: February 25, 2008                                  _____/s/_____
  |                                                                          SHAH PEERALLY
  |                                                                          ERICH KEEFE
10|                                                                         Attorneys for Plaintiff

11|

12|
                                            **ORDER**
13|
       Pursuant to stipulation, IT IS SO ORDERED.
14|

15|

16| Date:                                                                _____
                                                                          CHARLES R. BREYER
17|                                                                       United States District Judge

18|

19|

20|

21|

22|

23|

24|

25|

26|

27|

28|
Stip to Ext Time
C 07-6180 CRB                                        2