1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12 AHMED A. SULEIMAN,                         )
                                              ) No. C 07-6180 CRB
13             Plaintiff,                     )
                                              )
14             v.                             ) **STIPULATION TO DISMISS AND**
                                              ) **[PROPOSED] ORDER**
15 MICHAEL MUKASEY, Attorney General of       )
   the United States; MICHAEL CHERTOFF,       )
16 Secretary of the Department of Homeland    )
   Security; EMILIO GONZALEZ, Director of     )
17 United States Citizenship and Immigration  )
   Services; ROBERT S. MUELLER, III, Director )
18 of the Federal Bureau of Investigations;   )
   CHRISTINA POULOS, Director of the          )
19 California Service Center; ROBIN BARRETT,  )
   USCIS District Director, et al.,           )
20                                            )
               Defendants.                    )
21 _____      )

22

23     Plaintiff, by and through his attorney of record, and Defendants by and through their attorney

24 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light

25 of the adjudication of Plaintiff's adjustment of status application (Form I-485).

26 ///

27 ///

28

Stipulation to Dismiss
C 07-6180 CRB                                      1

1   Each of the parties shall bear their own costs and fees.

2   Dated: March 10, 2008          Respectfully submitted,

3   JOSEPH P. RUSSONIELLO
United States Attorney

 

                 /s/
ILA C. DEISS[1]
Assistant United States Attorney
Attorney for Defendants

 

Dated: March 10, 2008          /s/
SHAH PEERALLY
ERICH KEEFE
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: March 14, 2008          _____
CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED* — Judge Charles R. Breyer

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation to Dismiss
C 07-6180 CRB          2